**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**


George Chamberlain,                                            Civil No. 08-40  JMR/AJB

                        Plaintiff,

                                                         **ORDER ON MOTION FOR**
v.                                                       **PRELIMINARY INJUNCTION**

Jack Erskine, et al.,

                        Defendants.


        Based upon the Report and Recommendation by United States Magistrate Judge

Arthur J. Boylan dated July 6, 2009, with all the files and records, and no objections having been

filed to said Recommendation, **IT IS HEREBY ORDERED** that plaintiff's Motion for

Preliminary Injunction is **denied** [Docket No. 49].


Dated:  August 17, 2009


                                                s/James M. Rosenbaum
                                                James M. Rosenbaum
                                                United States District Court Judge