```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                     08-CV-40(JMR/AJB)
```

| | |
|---|---|
| George Chamberlain ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Jack Erskine et al. ) | |

Plaintiff objects to the Report and Recommendation, issued January 20, 2010 [Docket No. 90], by the Honorable Arthur J. Boylan, United States Magistrate Judge.  The Report recommended granting defendants' motion for judgment on the pleadings or summary judgment.  The Court has considered plaintiff's subsequent submissions, including the March 2, 2010, letter to the Court, regardless as to their compliance with the Local Rules.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1.  Defendants' motion for judgment on the pleadings or summary judgment as to plaintiff's federal constitutional claims is granted [Docket No. 75].

2.  The Court declines to exercise supplemental jurisdiction over plaintiff's state law claims.

3.  This case is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  March 19, 2010

                              S/JAMES M. ROSENBAUM
                              JAMES M. ROSENBAUM
                              United States District Judge